## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

|  |  |
|---|---|
| DAVID and LINDA RICE, | CV 17–124–M–DWM |
| Plaintiffs, | |
| vs. | ORDER |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The parties having filed a stipulation for dismissal (Doc. 20) pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are DENIED as moot and all deadlines are VACATED. The bench trial set for January 14, 2019, is VACATED.

DATED this ____5____ day of October, 2018.

Donald W. Molloy, District Judge
United States District Court